FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Barbara A. Solomon (BS 8845)
Michael Chiappetta (MC 7644)
866 United Nations Plaza
New York, NY 10017
Tel: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

WGBH EDUCATIONAL FOUNDATION,

            Plaintiff,

    --against--

DONALD ELLIS GALLERY, LTD and
DONALD ELLIS

           Defendants.

-------------------------------------------------------------------

Case No.

**COMPLAINT**

Plaintiff, WGBH Educational Foundation ("WGBH"), by its attorneys, Fross Zelnick

Lehrman & Zissu, P.C., for its complaint against defendants Donald Ellis Gallery, Ltd. ("DEG")

and Donald Ellis ("Ellis") (collectively, "Defendants"), alleges:

<u>NATURE OF THE ACTION</u>

1.     This action arises out of and is based on Defendants' misappropriation of

copyrighted video clips from WGBH's hugely successful *Antiques Roadshow* television

program, and their reproduction and public display of these video clips on Defendants' website

{P0235149.1 }

www.donaldellisgallery.com in order to promote their business. The parties to this case are not strangers to each other. Rather, WGBH and defendant Ellis are parties to a written agreement -- an agreement that specifically prohibits the very activities engaged in by Defendants. Defendants' use of the clips is without WGBH's authorization, and is done with the knowledge that such use is in violation of WGBH's rights. WGBH sues Defendants for copyright infringement under the Copyright Act of 1976 (the "Copyright Act"), 17 U.S.C. § 101 et seq., and for breach of the agreement between WGBH and Defendant Ellis. WGBH seeks to permanently enjoin Defendants' use of (i) the copyrighted *Antiques Roadshow* television program or any portions thereof in any media and (ii) any commercial exploitation of Defendants' connection with the *Antiques Roadshow* television program (except as specifically permitted by the agreement between WGBH and Ellis). WGBH also seeks damages for Defendants' infringing conduct, recovery of its attorney's fees incurred in connection with this action and such other relief as the Court deems just and proper.

## PARTIES

2.      Plaintiff, WGBH Educational Foundation ("WGBH" or "Plaintiff"), is a Massachusetts charitable not-for-profit corporation having an office and principal place of business at One Guest Street, Boston, Massachusetts 02135. Plaintiff also maintains a production office within this judicial district at 251 Fifth Avenue, 6th Floor, New York, New York 10016. WGBH is the owner of any and all copyright rights in episodes of the *Antiques Roadshow* television program produced by WGBH in the United States.

3.     Upon information and belief, Defendant Donald Ellis Gallery, Ltd ("DEG") is an Ontario, Canada business corporation, located and doing business in this district, including by maintaining an office in this district.

4.     Upon information and belief, Defendant Donald Ellis ("Ellis") is president and founder of Defendant DEG and controls all of the activities of DEG. On information and belief, Ellis has a residence and a place of business in the Southern District of New York.

JURISDICTION AND VENUE

5.     Jurisdiction over Plaintiff's claim under the Copyright Act is based upon Section 501 of the Copyright Act, 17 U.S.C. §501 and 28 U.S.C. § 1331 and 1338(a). The Court has supplemental jurisdiction over the breach of contract claim under Section 1367(a) of the Judicial Code, 28 U.S.C. §§ 1367(a).

6.     Venue arises under 28 U.S.C. § 1391(b), and 1400(a), because a substantial part of the events giving rise to the claim occurred in the Southern District of New York, Defendants and/or their agents transact business and reside or may be found in the Southern District of New York and Defendants have substantial contacts with the Southern District of New York.

7.     This Court has personal jurisdiction over Defendants because Defendants reside in New York and/or continuously and systematically conduct, transact and solicit business in this state and district, and because the events giving rise to this Complaint occurred in this state and/or had effects in this state.

<u>FACTS COMMON TO ALL COUNTS</u>

A.    <u>The Antiques Roadshow Television Program and WGBH's Rights Under Copyright</u>

8.    WGBH has been and continues to be a prominent member of the public broadcasting community and the leading producer of national programs for public television. Among the television programs produced by WGBH are the well-known and critically acclaimed series, *NOVA, American Experience, Masterpiece Theatre, Arthur, ZOOM, Mystery!, Frontline* and *The Victory Garden.*

9.    WGBH also is the producer of the U.S. version of the internationally renowned television series *Antiques Roadshow.* Each episode of *Antiques Roadshow* features an appraisal event in a different U.S. city. At each appraisal event, specialists from leading auction houses (e.g., Bonhams, Christie's, Doyle New York, Freeman's Auctioneers, Skinner, Sotheby's) and/or independent appraisers provide free appraisals of antiques and collectibles brought in by members of the public. In addition to the appraisals, *Antiques Roadshow* also provides tips on collecting, historical information and visits to cultural sites such as museums, the homes of well-known collectors and historical places.

10.    Each appraiser who appears on *Antiques Roadshow* enters into an agreement with WGBH whereby the appraiser acknowledges that (a) WGBH is the owner of all copyright rights in and to all recordings, copies and depictions of the appraiser's appearance on the television program and (b) the appraiser will not use his or her connection with *Antiques Roadshow* or the *Antiques Roadshow* name in any promotional or commercial materials or for any business purpose, without prior written approval of WGBH.

{F0235149.1 }

4

11.    WGBH began producing a U.S. version of the *Antiques Roadshow* television program in 1996.  To date, WGBH has produced 207 episodes of *Antiques Roadshow*, of which 200 have been broadcast nationally on PBS over the course of 12 television seasons.  *Antiques Roadshow* has received 5 Emmy award nominations and on average, the program is seen by approximately 11 million viewers nationwide.  Some episodes of *Antiques Roadshow* have also been made available for sale in DVD format and as downloads on iTunes.

12.    WGBH spends approximately $280,000 annually promoting and advertising *Antiques Roadshow* in the United States.   The *Antiques Roadshow* website http://www.pbs.org/antiques, which complements the *Antiques Roadshow* television program, features a searchable archive of hundreds of video clips from episodes during the last 4 seasons. The website also provides exclusive un-aired footage and hundreds of news articles and trade tips regarding antique collection.  The *Antiques Roadshow* website receives approximately 60,000 hits each week, and WGBH receives thousands of e-mails from viewers of the show each year (more than 4000 in the first two months of 2008 alone).

13.    *Antiques Roadshow* has become so popular that it is frequently mentioned on other television programs such as *CNN, The Oprah Winfrey Show, Good Morning America* and *Will & Grace*; in magazines including *Better Homes & Gardens, People, Time* and *Newsweek* and; in newspapers including *The Wall Street Journal, The Chicago Tribune, The Boston Globe* and *The New York Times*.

14.    As producer of the *Antiques Roadshow* television program in the United States, WGBH is the owner of any and all rights in copyright in each episode of the *Antiques Roadshow* television program that it produces.  WGBH owns the following U.S. Copyright Registrations for

episodes of the *Antiques Roadshow* television program that are relevant to this case (the "Episodes"):

| Registration No. | Description of Work | Registration Date |
|---|---|---|
| PA 1-113-163 | Antiques Roadshow<br>605K New York, NY Hour 2 | July 12, 2002 |
| PA 1-113-168 | 601K Tucson, AZ Hour 1 | July 12, 2002 |
| PA 1-290-285 | Antiques Roadshow; St. Paul, MN, Hour 3<br>Episode: 903K1 | August 9, 2005 |
| PA 1-290-283 | Antiques Roadshow; Omaha, NE, Hour 2<br>Episode: 905K1 | August 9, 2005 |
| PA 1-290-360 | Antiques Roadshow; Omaha, NE, Hour 3<br>Episode: 906K1 | August 9, 2005 |
| PA 1-290-293 | Antiques Roadshow; Compilation:<br>Wild Things<br>Episode: 916K1 | August 9, 2005 |

(collectively, the "Registrations"). True and correct copies of the Registrations are annexed hereto as Exhibit A.

15.    The cinematographic material in the copyrighted Episodes is wholly original to WGBH, including the arrangement of all pre-existing works used in the Episodes (e.g., music, theme music, stock footage and stills), and WGBH is the exclusive owner of all right, title and interest, including all rights under copyright, in and to such material.

6

{F0235149.1 }

B.    The Unlawful Activities of Defendants

16.    In 2004, defendant Ellis agreed to participate as an appraiser in a number of *Antiques Roadshow* events. A true and correct copy of the agreement between Ellis and WGBH ("Agreement") is annexed hereto as Exhibit B.

17.    Ellis appeared as an appraiser on *Antiques Roadshow* at the following appraisal events:

1996:    Southfield, MI, August 3rd-4th; Minneapolis, MN, September 7th-8th.

1997:    Atlanta, June 28th-29th; San Francisco, August 9th-10th.

1998:    Portland, July 25th-26th; Rochester, August 8th-9th.

1999:    Tampa, June 5th-6th; Salt Lake City, July 10th-11th; Toronto, August 7th-8th.

2000:    Austin, TX June 3rd-4th; Denver, CO, June 18th-19th; Charleston, NC June 24th-25th; Tulsa, OK July 8th-9th; Sacramento, CA July 15th-16th; Las Vegas, NV July 22nd-23rd; St. Louis, MO August 5th-6th; Madison, WI August 26th-27th.

2001:    Tucson, AZ June 9th-10th; Miami, FL June 16th-17th; San Diego, CA June 30th-July 1st; New York, NY July 14th-15th; Indianapolis IN, August 18th-19th.

2002:    Seattle, WA, June 15th-16th; Cleveland, OH, June 22nd-23rd; Kansas City, MO, July 27th-28th; Charlotte, SC, August 10th-11th.

2003:    Chicago, July 26th-27th; Oklahoma City, August 9th- 10th; San Francisco, August 16th-17th.

2004:    St. Paul, MN, June 26th-27th; Omaha, NE, July 10th-11th; Memphis, TN, July 31st-August 1st; Reno, NV, August 14th-15th.

On all such occasions when Ellis' performance at the events was recorded and edited into an *Antiques Roadshow* episode, Ellis was identified by his personal name and by the name of his gallery Donald Ellis Gallery.

{F0235149.1 }

18.    In Paragraph 3(b) of the Agreement, Ellis acknowledged and agreed that "WGBH shall own all right, title and interest, including the copyright(s), in and to [Ellis'] Appearance [on the program], and all recordings, copies or depictions of [Ellis'] Appearance [on the program]."

19.    Pursuant to Paragraph 5 of the Agreement, Ellis agreed that he may not use his "connection with *Antiques Roadshow* or the *Antiques Roadshow* name in any promotional, commercial, or other materials, or for any business purpose, without prior written approval of WGBH" and "may not use the WGBH, PBS, or *Antiques Roadshow* names in any endorsement or promotion of an individual, company (whether commercial or non-commercial) product, service or event."

20.    Upon information and belief, in or around November 2006, a representative of Defendants contacted WGBH's *Antiques Roadshow* production staff to request permission to use video clips from copyrighted episodes on Defendants' website located at www.donaldellisgallery.com (the "Website").  WGBH informed Defendants' representative that, in view of WGBH operating policies, it would not grant said permission.

21.    Upon information and belief, some time after WGBH denied Defendants permission to use any video clips from the *Antiques Roadshow* television program on their Website, and notwithstanding Ellis' Agreement with WGBH, Defendants posted video clips from the Episodes (collectively, the "Video Clips") on a page of their Website that reads "Antiques Roadshow Highlights."   The Video Clips are accessible at the following URL's:

http://www.donaldellisgallery.com/index.php/gallery/roadshow/tucson_2005_navajo_ute_first_p hase_blanket_03_mins_56_sec/

http://www.donaldellisgallery.com/index.php/gallery/roadshow/wild_things_2005_tsimshian_chi efs_rattle_02_mins_54_sec/

{F0235149.1 }

http://www.donaldellisgallery.com/index.php/gallery/roadshow/new_york_2005_national_muse
um_of_the_american_indian_03_mins_07_sec/

http://www.donaldellisgallery.com/index.php/gallery/roadshow/st_paul_2005_dance_blanket_03
_mins_36_sec/

http://www.donaldellisgallery.com/index.php/gallery/roadshow/omaha_2005_mohawk_beaded_
pillow_02_mins_33_sec/ , and

http://www.donaldellisgallery.com/index.php/gallery/roadshow/omaha_2005_eskimo_doll_carvi
ngs_03_mins_42_sec/

22.     In early Summer 2007, counsel for WGBH spoke with Ellis and requested that
Defendants remove the Video Clips from the Website.  Defendants did not comply with this
request.

23.     On or about October 22, 2007 and again on November 9, 2007, counsel for
WGBH sent letters, true and correct copies of which are annexed hereto as Exhibit C, to
Defendants requesting that Defendants remove the Video Clips from the Website.  Defendants
did not comply with or respond to either of these requests.  Instead, with notice of WGBH's
rights in the Episodes and objections to Defendants' use of the Video Clips, Defendants
continued to display the Video Clips on the Website.

24.     As a result of Defendants' actions described above, WGBH has been directly
damaged, and is continuing to be damaged, by the unauthorized reproduction and display of
WGBH's copyrighted materials on Defendants' Website.  Defendants are using WGBH's
copyrighted works not for purposes of criticism or comment but solely to advertise and promote
their business and solely for their commercial benefit.

{F0235149.1 }

25.    Defendants' acts are causing irreparable injury to WGBH.  In the Agreement, Defendant Ellis has acknowledged that violation of WGBH's rights cannot be adequately remedied by damages alone.

FIRST CLAIM FOR RELIEF -

FEDERAL COPYRIGHT INFRINGEMENT

(17 U.S.C. § 501)

26.    Plaintiff repeats and realleges each of the allegations set forth in paragraphs 1-25 as if fully set forth herein.

27.    The Episodes are original cinematographic works containing copyrightable subject matter for which copyright protection exists under the Copyright Act, 17 U.S.C. § 101, et seq.  Plaintiff is the exclusive owner of rights under copyright in and to the Episodes.  Plaintiff owns valid and subsisting copyright registrations for the Episodes, annexed as Exhibit A hereto.

28.    By posting the Video Clips consisting of Plaintiff's copyrighted material on their Website, Defendants have reproduced, distributed and publicly displayed the Episodes without authority or consent from Plaintiff, thereby infringing Plaintiff's exclusive rights under copyright in violation of Section 501 of the Copyright Act, 17 U.S.C. § 501.

29.    Defendants' infringement of Plaintiff's rights under copyright is knowing and willful, was done for the sole purpose of unlawfully benefiting from Plaintiff's copyrighted works and has caused Plaintiff damage.

30.    Defendants' conduct has caused and will continue to cause irreparable injury to Plaintiff unless enjoined by this Court.  Plaintiff has no adequate remedy at law.

{F0235149.1 }

SECOND CLAIM FOR RELIEF -
BREACH OF CONTRACT

31.     Plaintiff repeats and realleges each of the allegations in paragraphs 1-30 as if fully set forth herein.

32.     Ellis' use of the Video Clips on Defendants' Website and his use of the *Antiques Roadshow* name and Ellis' connection with the *Antiques Roadshow* television program on the Website, constitute a breach of the Agreement.

33.     Plaintiff has been and continues to be irreparably harmed as a result of Ellis' conduct set forth above.

34.     In addition, Plaintiff has been and continues to be damaged monetarily by Ellis' wrongful conduct in an amount to be determined at trial.

35.     WGBH has no adequate remedy at law.

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.     That Defendants, and their officers, directors, servants, employees, agents, licensees, attorneys, successors, affiliates, parents, subsidiaries and assigns, and any and all persons in active concert or participation with them who receive notice of such judgment, directly or otherwise, be temporarily, preliminarily and permanently enjoined from:

(i)     infringing Plaintiff's Episodes, including without limitation by creating derivative works of the Episodes and/or by reproducing, distributing or publicly displaying the Episodes or any portions thereof, including the Video Clips, on the Internet and/or in any other media;

(ii)     infringing any other copyrights owned by Plaintiff in the cinematographic content of the U.S. version of the *Antiques Roadshow* television program, including without limitation by

11

{F0235149.1 }

creating derivative works of any episodes of the television program and/or by reproducing, distributing and/or publicly displaying the television program or any portions thereof on the Internet and/or in any other media;

(iii)    using the *Antiques Roadshow* name and/or Defendant Ellis' appearance on or association or connection with the *Antiques Roadshow* television program for any promotional, commercial or other business purpose, including on Defendants' Website, except as otherwise expressly permitted by the Agreement;

(iv)    assisting or authorizing any third party to engage in any of the actions prohibited by paragraphs (i) and (iii) above;

B.    That Defendants be ordered to delete or otherwise destroy all derivative works of the Episodes, including the Video Clips from the Website and all other media, whether stored electronically or otherwise;

C.    That Plaintiff recover from Defendants all damages sustained by Plaintiff, in consequence of Defendants' copyright infringement described above pursuant to Section 504(b) of the Copyright Act, 17 U.S.C. § 504(b), together with appropriate interest on such damages;

D.    That Defendants be ordered to account to Plaintiff and to pay Plaintiff for all the gains, profits, savings, and advantages realized by Defendants from their acts of copyright infringement described above pursuant to Section 504(b) of the Copyright Act, 17 U.S.C. § 504(b);

E.    That, should Plaintiff so elect, instead of an award of actual damages and profits, Plaintiff be awarded statutory damages within the provisions of Section 504(c) of the Copyright

12

Act, 17 U.S.C. § 504(c) in an amount equal to $150,000 for each copyrighted work infringed by virtue of Defendants' knowing and willful violation of Plaintiff's rights;

F.      That Plaintiff be awarded its full costs, including, as part of such costs, reasonable attorney's fees pursuant to 17 U.S.C. § 505; and

G.      That Plaintiff be granted such other and further relief as may be equitable and just.

Dated:        New York, NY              FROSS ZELNICK LEHRMAN & ZISSU, P.C.
              March 31, 2008

                                        By:
                                            Barbara A. Solomon (BS 8845)
                                            Michael Chiappetta (MC 7644)
                                            866 United Nations Plaza
                                            New York, NY 10017
                                            (212) 813-5900
                                            Attorneys for Plaintiff
                                            WGBH Educational Foundation

{F0235149.1 }

13

# Exhibit A

## CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE

**PA 1-113-163**

EFFECTIVE DATE OF REGISTRATION

Month 7  Day 12  Year 02

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Antiques Roadshow
605K  New York, NY  Hour 2

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**NATURE OF THIS WORK ▼** See Instructions

MOTION PICTURE

**2**

**a**

**NAME OF AUTHOR ▼**
WGBH EDUCATIONAL FOUNDATION

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE WORK EXCEPT AS NOTED IN SECTION SIX

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2002 ◀ Year in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ Feb.  Day ▶ 18  Year ▶ 2002
USA ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WGBH EDUCATIONAL FOUNDATION
125 WESTERN AVENUE, BOSTON, MA  02134

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 12 2002  SEP 12 2002
ONE DEPOSIT RECEIVED
JUL 12 2002  1/2" VT/L
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIG
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼                                    **a**

MUSIC, THEME MUSIC, STOCK FOOTAGE, STILLS

**6**

See instructions
before completi
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼     **b**

ALL OTHER CINEMATOGRAPHIC MATERIAL

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼                        **a**

WGBH EDUCATIONAL FOUNDATION                    DA 043478

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼     **b**

MICHELLE DAUGHTRY
WGBH EDUCATIONAL FOUNDATION
125 WESTERN AVENUE
BOSTON, MA 02134

Area code and daytime telephone number ▶ ( 617 ) 300-4351          Fax number ▶ ( 617 ) 300-1014

Email ▶ MLD@WGBH.ORG

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of WGBH EDUCATIONAL FOUNDATION
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

MICHELLE DAUGHTRY                                           Date ▶ 9/4/02

Handwritten signature (X) ▼

x _Michelle Daughtry_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼ MICHELLE DAUGHTRY
WGBH EDUCATIONAL FOUNDATION

Number/Street/Apt ▼
125 WESTERN AVENUE

City/State/ZIP ▼
BOSTON, MA 02134

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

**9**

*17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

June 1999—200,000    ♻ PRINTED ON RECYCLED PAPER                              ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

WEB REV: June 1999

**CERTIFICATE OF REGISTRATION**

FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT
RE:

**PA 1·113·168**

PAU

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

EFFECTIVE DATE OF REGISTRATION

Month 7  Day 12  Year 00

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

601K Tucson, AZ  Hour 1

PREVIOUS OR ALTERNATIVE TITLES ▼

N/A

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE

**2**

**a**

NAME OF AUTHOR ▼

WGBH EDUCATIONAL FOUNDATION

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ USA
☐ Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE WORK EXCEPT AS NOTED IN SECTION SIX

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given ▼Year in all cases.
2002

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ Jan  Day ▶ 21  Year ▶ 2002
ONLY if this work has been published.  Nation USA  ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WGBH EDUCATIONAL FOUNDATION
125 WESTERN AVENUE, BOSTON, MA  02134

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUL 12 2002
ONE DEPOSIT RECEIVED
JUL 12 2002  SEP. 12 2002
TWO DEPOSITS RECEIVED
1/2" VT/L
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY  *ZG/mp*    FORM PA

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

MUSIC, THEME MUSIC, STOCK FOOTAGE, STILLS

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

ALL OTHER CINEMATOGRAPHIC MATERIAL

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**a**

**7**

WGBH EDUCATIONAL FOUNDATION          DA 043478

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**

MICHELLE DAUGHTRY
WGBH EDUCATIONAL FOUNDATION
125 WESTERN AVENUE
BOSTON, MA  02134

Area code and daytime telephone number ▶ ( 617  )300-4351          Fax number ▶ (617   ) 300-1014

Email ▶ MLD@WGBH.ORG

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of WGBH EDUCATIONAL FOUNDATION

**C**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

MICHELLE DAUGHTRY          Date ▶ 9/4/02

Handwritten signature (X) ▼

x *Michelle Daughtry*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  MICHELLE DAUGHTRY
WGBH EDUCATIONAL FOUNDATION

Number/Street/Apt ▼
125 WESTERN AVENUE

City/State/ZIP ▼
BOSTON, MA  02134

**9**

• YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999,
the filing fee for
Form PA is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000          ✪ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
WEB REV: June 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts

PA 1-290-285

EFFECTIVE DATE OF REGISTRATION

AUG 09 2005

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Antiques Roadshow; St. Paul, MN, Hour 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode: 903K1

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE

## 2

**a**  **NAME OF AUTHOR ▼**
WGBH EDUCATIONAL FOUNDATION

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work except stock footage and stills

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January  Day ▶ 17th  Year ▶ 2005
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WGBH Educational Foundation
125 Western Avenue
Boston, MA 02134

AUG 09 2005
AUG 09 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY DDW | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

WGBH Educational Foundation          DA  043478

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Michelle Daughtry
WGBH Educational Foundation
125 Western Avenue
Boston, MA 02134

Area Code and Telephone Number ▶ (617) 300-4351

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ___ WGBH Educational Foundation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michelle Daughtry          Date ▶ 8/8/05

Handwritten signature (X) ▼ _Michelle Daughtry_

**MAIL CERTIFICATE TO**

Name ▼
Michelle Daughtry / WGBH Educational Foundat

Number/Street/Apt ▼
125 Western Avenue

City/State/ZIP ▼
Boston, MA 02134

**9**

• Sign your application in space 8

• Send all 3 elements in the same package:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1999—300,000          ✻U.S. COPYRIGHT OFFICE WWW FORM: 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts

PA 1-290-360

EFFECTIVE DATE OF REGISTRATION

AUG 09 2005
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Antiques Roadshow; Omaha, NE, Hour 3

PREVIOUS OR ALTERNATIVE TITLES ▼

Episode: 906K1

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE

**2**

**a**

NAME OF AUTHOR ▼
WGBH EDUCATIONAL FOUNDATION

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work except stock footage and titles

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ February Day ▶ 7th Year ▶ 2005 Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WGBH Educational Foundation
125 Western Avenue
Boston, MA 02134

See instructions before completing this space.

AUG 09 2005
ONE DEPOSIT RECEIVED

AUG 09 2005     ½"VT/D
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

---

FORM PA — Copyright Office

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

5 PREVIOUS REGISTRATION

6 DERIVATIVE WORK OR COMPILATION

7 DEPOSIT ACCOUNT

Name: WGBH Educational Foundation   Account Number: DA 043478

CORRESPONDENCE
Michelle Daughtry
WGBH Educational Foundation
125 Western Avenue
Boston, MA 02134
(617) 300-4351

8 CERTIFICATION
authorized agent of WGBH Educational Foundation

Typed or printed name: Michelle Daughtry   Date: 8/2/05

9 MAIL CERTIFICATE TO
Michelle Daughtry / WGBH Educational Foundation
125 Western Avenue
Boston, MA 02134

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG **PA 1-290-293**

EFF. **AUG 09 2005**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Antiques Roadshow; Compilation: Wild Things

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode: 916K1

**NATURE OF THIS WORK** See instructions

MOTION PICTURE

## 2

**a**

**NAME OF AUTHOR ▼**
WGBH EDUCATIONAL FOUNDATION

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☒ Yes  ☐ No

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work except stock footage and stills

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year▶ in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information Month ▶ May  Day ▶ 9th  Year ▶ 2005  ◀ Nation
ONLY if this work has been published.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WGBH Educational Foundation
125 Western Avenue
Boston, MA 02134

APPLICATION RECEIVED
**AUG 09 2005**
ONE DEPOSIT RECEIVED
**AUG 09 2005**
TWO DEPOSITS RECEIVED

1/2 "VT/D

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _2_ pages

EXAMINED BY DDW     FORM FA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼
WGBH Educational Foundation     DA  043478

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Michelle Daughtry
WGBH Educational Foundation
125 Western Avenue
Boston, MA 02134
Area Code and Telephone Number ▶ (617) 300-4351

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  WGBH Educational Foundation
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michelle Daughtry                          Date ▶ 8/2/05

Handwritten signature (X) ▼
Michelle Daughtry

**9** MAIL CERTIFICATE TO
Name ▼
Michelle Daughtry / WGBH Educational Foundation
Number/Street/Apt ▼
125 Western Avenue
City/State/ZIP ▼
Boston, MA 02134

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1999—300,000                          ☆U.S. COPYRIGHT OFFICE WWW FORM: 1999

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UN
PA 1-290-283

EFFECTIVE DATE OF REGISTRATION

AUG 09 2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Antiques Roadshow; Omaha, NE, Hour 2

PREVIOUS OR ALTERNATIVE TITLES ▼

Episode: 905K1

NATURE OF THIS WORK ▼ See Instructions

MOTION PICTURE

**2**

**a** NAME OF AUTHOR ▼
WGBH EDUCATIONAL FOUNDATION

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
OR
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

NATURE OF AUTHORSHIP
Entire work except stock footage and PETTY

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    2005

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ January    Day ▶ 31st    Year ▶ 2005
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WGBH Educational Foundation
125 Western Avenue
Boston, MA 02134

AUG 09 2005
ONE DEPOSIT RECEIVED    ½ "VT1D

AUG 09 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY DDW | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  WGBH Educational Foundation        Account Number ▼  DA  043478

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Michelle Daughtry
WGBH Educational Foundation
125 Western Avenue
Boston, MA 02134

Area Code and Telephone Number ▶ (617) 300-4351

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  WGBH Educational Foundation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michelle Daughtry        Date ▶ 8/8/15

Handwritten signature (X) ▼  Michelle Daughtry

**MAIL CERTIFICATE TO**

Name ▼  Michelle Daughtry / WGBH Educational Foundat

Number/Street/Apt ▼  125 Western Avenue

City/State/ZIP ▼  Boston, MA 02134

**9**

Certificate will be mailed in window envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1996—300,000

☆U.S. COPYRIGHT OFFICE WWW FORM PA 1996

# Exhibit B



# APPRAISAL EVENT PARTICIPATION AGREEMENT

This Appraisal Event Participation Agreement sets forth the agreement between the WGBH Educational Foundation, a non-profit charitable Massachusetts corporation having its principal place of business at 125 Western Avenue, Boston, Massachusetts 02134 ("WGBH"), and:

Name: Donald Ellis    ("you")
Address: rr#3 Durden, Ont, L9H 5E3

**WGBH**
125 Western Avenue
Boston
Massachusetts 02134
617 300 2000 tel
617 787 0714 fax

**Public television**
Boston
W    I 2/DT19
W  .  X 44/DT43
Springfield
WGBY 57/DT58

**Public radio**
Boston
WGBH 89.7
Cape Cod and Islands
WC    90.1
W    01.1
WNCK 89.5

**Online**
www.wgbh.org

**Productions for
public TV and radio,
interactive media,
giant screens**
Arts and culture
Chil  'n's
Dr
History
Instructional
Lifestyle
Music
News and public affairs
Science

**Media access**
Captioning
Video description
National Center
  for Accessible Media

concerning your participation as an antiques appraiser in appraisal events held by WGBH ("Events") in conjunction with WGBH's production of the television series currently entitled *Antiques Roadshow* (the "Series").

In consideration of the mutual covenants set forth herein, WGBH and you hereby agree to the terms and conditions set forth below:

1. <u>Participation in Events</u>:  WGBH has selected you to participate as an antiques appraiser in some or all of the Events listed in Paragraph 2 below (including the appraiser meeting held the afternoon the day before the Event).  Your participation is contingent on your adhering to the terms set forth in this Agreement.

  (a) <u>Standards</u>: While participating in Events, you agree to adhere to the highest standards of professional behavior and will only appraise items within your area of professional competence and expertise.

  (b) <u>Solicitation</u>: You shall not engage in any solicitation of members of the public attending *Antiques Roadshow* appraisal events before, during, or after any such events.  Any contact between you and a member of the public attending an event must be initiated by the member of the public.  If you are approached by a member of the public at the event, you may invite that person to pick up your business card at the exit to the event location, and you further agree that you will conduct all such business no sooner than after the day of the event.

  (c) <u>Objectivity</u>: You agree that all items which you appraise will be appraised objectively and independent of any outside influence.  You will not cause, solicit, or otherwise arrange for an item to be brought to an event for appraisal by you.

Appraisal Event Participation Agreement
*Antiques Roadshow* - 2004
Page 2

2. <u>Appraisal Event Dates and Locations (2004)</u>:

|  |  |
|---|---|
| June 25 & 26 | St. Paul, MN |
| July 9 & 10 | Omaha, NE |
| July 30 &31 | Memphis, TN |
| August 13 & 14 | Reno, NV |
| August 20 & 21 | Portland, OR |

3. <u>Appearance Release</u>:

(a) <u>Authorization</u>: With respect to your participation in any or all of the Events, you authorize WGBH, and its successors and assigns, the right to record, copy and depict your name, likeness, image, voice, biography, interview, and performance (your "Appearance") on film, tape or otherwise.

(b) <u>Use of Appearance</u>: WGBH shall have the unlimited worldwide perpetual right to use all or part of any recording, copy or depiction of your Appearance on and in connection with *Antiques Roadshow*, and/or any other programs, and all works and materials related thereto or derived therefrom, in all manner or media, including, without limitation, on television, the internet, publications, products and merchandise, and all packaging, advertising and promotional materials related thereto, including institutional promotion. WGBH shall own all right, title and interest, including the copyright(s), in and to your Appearance, and all recordings, copies or depictions of your Appearance.

(c) <u>No obligation to use Appearance</u>: Notwithstanding the foregoing, WGBH shall have no obligation to use your Appearance in connection with *Antiques Roadshow*, and/or any other programs, and all works and materials related thereto or derived therefrom,

4. <u>Appearances outside *Antiques Roadshow* appraisal events</u>:

(a) <u>Exclusivity</u>: You agree not to appear in the capacity of an antiques appraiser on any other television program or online site without prior written permission of the Executive Producer for the period commencing upon the first Event you participate in through and until December 31, 2005. Further, you agree to notify the Executive Producer in the event that you plan to appear as a guest on any other television program or an online site. You will not present yourself or allow yourself to be presented as representing *Antiques Roadshow* without prior written consent from the Executive Producer.

(b) <u>Representations:</u> If the Executive Producer has approved of your identifying yourself as an *Antiques Roadshow* appraiser at other antiques appraisal events, on any online appraisal site, or as a guest on a radio or television program other than *Antiques Roadshow*, you will appraise and/or discuss items only within your area of professional competence and expertise.

Appraisal Event Participation Agreement
*Antiques Roadshow* - 2004
Page 3

5. Use of *Antiques Roadshow* Name and Logo:

(a) You will not use your connection with *Antiques Roadshow* or the *Antiques Roadshow* name in any promotional, commercial, or other materials, or for any business purpose, without prior written approval of WGBH.

(b) You are not permitted to use the Series logo or the phrase "as seen on ANTIQUES ROADSHOW" without prior written approval of WGBH. In addition, you may not use the WGBH, PBS, or *Antiques Roadshow* names in any endorsement or promotion of an individual, company (whether commercial or non-commercial), product, service or event. Any pre-approved use of the *Antiques Roadshow* name and/or logo is for the sole benefit of WGBH.

(c) Subject to WGBH's prior written approval, you may use a factual statement describing your participation in ANTIQUES ROADSHOW in connection with biographical information about you or your company which describes your professional background or your company's professional activities, provided that the phrase does not imply an endorsement by WGBH, the series, or PBS of yourself or any company, product or service. By way of example only, an approved factual statement may be as follows:

"J. Doe has participated as an appraiser in [specialty or specialties] on [public television's] ANTIQUES ROADSHOW."

6. **Disclosure of certain legal proceedings**: You agree to notify WGBH if you become involved or expect to become involved, in any legal proceeding in which allegations of professional misconduct, theft, fraud or unfair business practices are or could be raised against you. In addition, you agree to notify WGBH if you are to testify in any court or other legal proceeding regarding your activities as an appraiser for *Antiques Roadshow*.

7. **Discontinuation of Participation**: In the event WGBH deems that (a) you have violated any of the conditions stated herein, or (b) your continued participation in Events and/or association with the Series would be detrimental to, or inconsistent with the public image of, the Series, WGBH, or the public television system, WGBH may, in its sole discretion, terminate your participation in *Antiques Roadshow* appraisal events.

8. **Injunctive Relief**: In the event that WGBH deems that you have breached this Agreement, you acknowledge that damages may not be adequate relief and that WGBH is entitled to seek injunctive relief in addition to any other claim it may have.

ACCEPTED AND AGREED TO effective as of the date first hereinabove shown by:

WGBH EDUCATIONAL FOUNDATION

By: _Susan L. Kantrowitz_ _____
  Susan L. Kantrowitz   Name:
  Vice President and
  General Counsel

Exhibit C

Legal and Business Affairs

**WGBH**
One Guest Street
Boston
Massachusetts
02135

617 300 4349 tel
617 300 1014 fax
wgbh.org

October 22, 2007



By Facsimile 905-648-8711
Original by UPS delivery

Mr. Donald Ellis
Donald Ellis Gallery
1002 Mineral Springs Road, RR#3
Dundas, Ontario
Canada L9H 5E3

Dear Mr. Ellis:

I am following up on our conversation regarding the use of the *Antiques Roadshow* name and video clips from *Antiques Roadshow* on your gallery's website. As I explained to you, the video is copyrighted material owned by WGBH, and the name is under exclusive license to WGBH. Further, the Appraisal Event Participation Agreement signed by appraisers appearing on the show prohibits uses, such as the ones you are making, of the series' name and materials. I have enclosed a copy of the Agreement which you signed.

In my conversations with *Antiques Roadshow* production staff, it has come to my attention that you knew last winter that WGBH would not permit use of the series' video on your website. You apparently acknowledged this as part of the reason that you denied WGBH's request to license your appearance in a series clip for use in an episode of "Two and Half Men."

I realize that you strongly disagree with the wisdom of WGBH's policy. Nevertheless, it is a policy we apply equally to all appraisers, and must insist that you adhere to it as well. To our knowledge, no other former or current appraiser has contravened the Agreement by using *Antiques Roadshow* material on a website.

Please confirm within ten business days that the *Antiques Roadshow* material has been deleted from your site, and that any future uses of the *Antiques Roadshow* name will comply with the Agreement you signed.

Mr. Donald Ellis
October 22, 2007
Page Two


  If you wish to discuss the matter, please feel free to contact me by telephone at 617-300- 4405 or email at eric_brass@wgbh.org.

  This letter is written without waiving any remedies or rights that WGBH may have, all of which are specifically reserved.


       Very truly yours,

       Eric Brass
       Corporate Counsel


cc:  Ms. Marsha Bemko

Legal and Business Affairs

**WGBH**
One Guest Street
Boston
Massachusetts
02135

617 300 4349 tel
617 300 1014 fax
wgbh.org

November 9, 2007

<u>By Facsimile 905-648-8711</u>



Mr. Donald Ellis
Donald Ellis Gallery
1002 Mineral Springs Road, RR#3
Dundas, Ontario
Canada L9H 5E3

Dear Mr. Ellis:

I have not received a response to my letter of October 22, 2007, a copy of which is enclosed. WGBH is prepared to take action to protect its copyright and its rights under its contract with you. To that end, if you have not ceased using clips from our *Antiques Roadshow* series by the morning of Tuesday, November 12, I will send a letter to your website provider along the lines of the enclosed draft.

If you have any questions, you may reach me by telephone (617) 300-4405 or email at eric_brass@wgbh.org . This letter is sent without waiving any rights or remedies WGBH may have, all of which are expressly reserved.

Very truly yours,

Eric Brass
Corporate Counsel