```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WGBH EDUCATIONAL FOUNDATION,

    Plaintiff,

-against-

DONALD ELLIS GALLERY, LTD. and
DONALD ELLIS,

    Defendants.

No. 08 CV 3187 (DAB)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for WGBH Educational Foundation, and the attorneys for Donald Ellis Gallery, Ltd. and Donald Ellis (collectively, "Ellis"), that Ellis' time to answer, move, or otherwise respond to the Complaint in this action be, and hereby is, extended to and including May 21, 2008.

Dated: New York, New York
       April 11, 2008

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    Barbara A. Solomon (BS 8845)
    Michael Chiappetta (MC 7644)
866 United Nation Plaza
New York, New York 10017
(212) 813-5900

*Attorneys for Plaintiff*

DREIER LLP

By: _____
    Joshua H. Epstein (JE 2187)
    Alan S. Gruber (AG 3086)
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Defendants*

SO ORDERED

_____
Deborah A. Batts, U.S.D.J.   4/14/2008

{00346046.DOC;}