UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WGBH EDUCATIONAL FOUNDATION,

    Plaintiff,

-against-

DONALD ELLIS GALLERY, LTD. and
DONALD ELLIS,

    Defendants.

No. 08 CV 3187 (DAB)

**RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT DONALD ELLIS GALLERY, LTD.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Donald Ellis Gallery, Ltd. (a nongovernmental corporate party) certifies that there is no corporation that is a parent corporation of Donald Ellis Gallery, Ltd. and there is no publicly held corporation that owns 10% or more of Donald Ellis Gallery, Ltd. stock.

Dated:  New York, New York
        May 21, 2008

DREIER LLP

By: _____
    Joshua H. Epstein (JE 2187)
    Alan S. Gruber (AG 3086)
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Defendants*

{00356181.DOC;}